IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA WILDLIFE FEDERATION, INC.;
ENVIRONMENTAL CONFEDERATION OF
SOUTHWEST FLORIDA, INC.; and
SAVE OUR CREEKS, INC.;

    Plaintiffs,

v.                                       CASE NO.: 4:09cv89-SPM/WCS

THE UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; LISA P. JACKSON,
Administrator of the United States
Environmental Protection Agency; and
A. STANLEY MEIBURG, Acting Regional
Administrator, EPA Region IV,

    Defendants.
_____/

## ORDER STAYING CASE

This cause comes before the Court on the parties' Joint Motion for Stay of Proceedings. Doc. 22. For good cause shown, it is

ORDERED AND ADJUDGED:

1.     The motion (doc. 22) is granted.

2.     This case is stayed pending the promulgation of numeric criteria for nutrients in the State of Florida.

3. The parties shall file a status report with the Court on or before November 1, 2010, or within 10 days from the promulgation of the numeric criteria, whichever occurs first.

DONE AND ORDERED this 10th day of September, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge