IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA WILDLIFE FEDERATION,
INC., et al.,

       Plaintiffs,

v.    CASE NO.: 4:09cv89-SPM/WCS

THE UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

       Defendants.
_____/

**ORDER EXTENDING STAY OF CASE**

This cause comes before the Court on the parties' Sixth Joint Status Report. Doc. 38. Upon consideration, it is

ORDERED AND ADJUDGED:

1. The current stay in this case is extended to May 20, 2011.

2. The parties shall file a status report with the Court on or before May 20, 2011.

DONE AND ORDERED this 26th day of April, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge